AO 91 (Rev. 5/85)  Criminal Complaint                                      This form was electronically produced via OmniForm

# United States District Court

## WESTERN DISTRICT OF TEXAS

**FILED**

APR 2 2009

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

**GABRIEL TARIN**

**CRIMINAL COMPLAINT**

DEPUTY CLERK

CASE NUMBER: **MO-09-**      M - 098

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 2, 2009** in **Midland** county, in the **Western** District of **Texas** , defendant(s) did, (Trace Statutory Language of Offense)

**knowingly and intentionally possessed a firearm in or affecting interstate or foreign commerce while subject to a court order that was issued after a hearing of which GABRIEL TARIN received actual notice, and at which such hearing GABRIEL TARIN had an opportunity to participate that restrains GABRIEL TARIN from harassing, stalking or threatening an intimate parter and such order includes a finding that GABRIEL TARIN represents a credible threat to the physical safety of such intimate partner.**

in violation of Title **18** , United States Code, Section(s) **922(g)(8)** .

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:
Official Title

**See attached Affidavit hereby incoporated by reference as if fully restated herin.**

Continued on the attached Sheet and made a part hereof:      ☒ Yes  ☐ No

Signature of Complainant

Sworn before me and subscribed in my presence,

**April 2, 2009**                          at  **Midland, Texas**
Date                                               City and State

**William T. Prince, U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer

## AFFIDAVIT

1.    I, Robert Burtha, Alcohol Tobacco and Firearms (ATF), United States Department of Justice, being first duly sworn, deposes and states as follows:

2.    I am a Special Agent with ATF I have been designated seek and execute arrest and search warrants supporting a federal law.  I have approximately twelve (12) years of law enforcement experience and have participated in investigations involving gun crimes since 2001.  I am currently involved in a joint investigation with the ATF, FBI and the Odessa Police Department. I have conducted or assisted in numerous investigations into the Interstate Commerce of a Firearm and their associated conspiracies, in violation of Title 18, United States Code, Section 922.

3.    The sole purpose of this affidavit is to establish that there is probable cause to believe that GABRIEL TARIN, is engaged in specific criminal activity.  This affidavit is made, in part, on the personal knowledge derived from participation in this investigation and, in part, upon information and belief.  The source of information and belief are: oral and written reports about this investigation that have been received, either directly or indirectly from other local and federal law enforcement officers and the interviews of confidential informants and other witnesses.  This affidavit does not contain all information known to law enforcement officers concerning this matter.

4.    Except where otherwise noted, the information set forth in this Affidavit has been provided to me directly or indirectly by Special Agents of the FBI, ATF or local law enforcement officers.  Unless otherwise noted, whenever in this Affidavit I assert that a statement was made, the information was provided by another law enforcement officer (who may have either direct or hearsay knowledge of the statement) to whom I have spoken or whose reports I have reviewed.  Similarly, information resulting from surveillance, except where otherwise indicated, does not set forth my personal observations, but rather has been provided directly or indirectly through other law enforcement officers who conducted such surveillance.

5.    I am currently assigned to the investigation of GABRIEL TARIN.  That investigation has produced evidence that he, as prohibited person has been in possession of a firearm in violation of Title 18, United States Code, Section 922 g (8), a person who is subject to a court order that restrains such person

Page 1 of  4

from harassing, stalking or threading an intimate partner. ATF Agent Burtha reviewed the ATF Form 4473 signed by TARIN for the purchase of four (4) firearms from Tejas Shooting Sports. Agent Burtha discovered that TARIN answered "no" to question 11.h. Are you subject to a court order that restrains such person from harassing, stalking or threading an intimate partner. GABRIEL TARIN has been under investigation since June 2008.

### FACTUAL BASIS OF CURRENT INVESTIGATION

6. On 06/16/2008, GABRIEL TARIN, after receiving actual notice, appeared in person in the 244th District Court of Ector County, Texas, before District Judge, Stacy Trotter. After a hearing before Judge Trotter, at which GABRIEL TARIN had an opportunity to participate, a protective order was issued against GABRIEL TARIN.

7. The Court found that GABRIEL TARIN is a member or former member of the household of the Applicant and that family violence has occurred and is likely to occur in the foreseeable future. The protective order restrains GABRIEL TARIN from possessing a firearm and prohibits GABRIEL TARIN from engaging in conduct that is reasonably likely to harass, annoy, alarm, abuse, torment, or embarrass the applicant including acts of family violence.

8. On 06/23/2008, GABRIEL TARIN went to Tejas Shooting Sports located at 421 East 8th Street Odessa, Texas 79761, and purchased 1-Hi Point, caliber 9mm semiautomatic handgun, model number 9HC, serial number P1415817, 1-DPMS semiautomatic assault rifle, serial number FH26071, .223 caliber, 2-CIA semiautomatic assault rifles, both having the model number AK-47, serial numbers GP7501187, AF-1193-80 and both being 7.62x39 caliber.

9. On 03/25/2009, Alcohol Tobacco and Firearms (ATF) Special Agent (SA) Rob Burtha contacted Detective Mike Liverett with the Odessa Police Department indicating that the investigation into GABRIEL TARIN revealed the purchase of twenty-six (26) firearms. The purchases made by GABRIEL TARIN had occurred between May 2008 and June 2008, in approximately a thirty (30) day period.

10. Detective Liverett contacted Tejas Shooting Sports and showed a photographic lineup to two employees and the owner of Tejas Shooting Sports that contained a photograph of GABRIEL TARIN. The employees and owner all identified GABRIEL TARIN from the photographic lineup as the person who made several firearm purchases from TEJAS Shooting Sports.

11.      Further ATF investigation showed that GABRIEL TARIN has been seen in Presidio, Texas several times since the purchase of these firearms.  GABRIEL TARIN has been stopped by the Texas Department of Public Safety and his vehicle thoroughly searched but no firearms have been found.

12.     Odessa Police Department Detective Ron Martz ran TARIN through the Odessa Police Department pawn shop data base which showed a firearm, a Romanian CA, model AES10B,7.62X39 caliber rifle serial number VX322507RO pawned by TARIN on March 14, 2009.

## RECORDS CHECK

13.     According to Odessa Police Department records GABRIEL TARIN shows to have an address of 6633 North Moss Street, Odessa, Texas listed in the Odessa Police Department computer system in December 2008.  GABRIEL TARIN also shows to have the address 2433 Santa Cruz Lane, Odessa, Texas listed on his Texas drivers license.  This address also shows to be the address of GABRIEL TARIN'S wife and child, which are protected under the protective order.

## FIREARMS VIOLATION

14.     FBI TFA Scottie Smith contacted Alcohol Tobacco and Firearms (ATF) Special Agent (SA) Chuck Dishman telephonically to determine the origin of manufacture on the 1-Hi Point, caliber 9mm semiautomatic handgun, model number 9HC, serial number P1415817, 1-DPMS semiautomatic assault rifle, serial number FH26071, .223 caliber, 2-CIA semiautomatic assault rifles, both having the model number AK-47, serial numbers GP7501187, AF-1193-80 and both being 7.62x39 caliber.  Dishman told Smith that the firearms are not manufactured in the state of Texas.

## FEDERAL CRIMINAL VIOLATIONS

15.     Based upon the information contained in this affidavit, there is probable cause to believe that GABRIEL TARIN, is a prohibited person, is in possession of either firearms or firearm components, such as ammunition, within the jurisdiction of the United States Government.  By doing so, GABRIEL TARIN violated Title 18, United States Code, Section 922(g)(8).

Based on the above information it is requested that an Arrest Warrant be issued for GABRIEL TARIN,

Robert Burtha ATF Special Agent

Sworn and Subscribed before me
this 2nd day of April 2009

United States Magistrate Judge
William T. Prince